No. 13,582.

COLLINGWOOD v. THE PEOPLE.
(37 P. [2d] 1118)

Decided October 15, 1934. Rehearing denied November 5, 1934.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Butler sitting for Mr. Chief Justice Adams. Mr. Justice Hilliard not participating.

Mr. EDWIN N. BURDICK, for plaintiff in error.

Mr. PAUL P. PROSSER, Attorney General, Mr. CHARLES H. QUEARY, Assistant, for the people.